1  ROCKWELL, KELLY, DUARTE & URSTOEGER, LLP
   By: Sharon E. Kelly
2  State Bar No. 187936
   P.O. Box 0142
3  Modesto, CA  95353
   Phone (209) 521-2552
4  Fax: (209) 526-7898

5  Attorneys for Plaintiff

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11 SCOTT DUCEY,                          )  Case No.:   1:19-cv-00792-BAM
                                         )
12              Plaintiff,               )  AMENDED STIPULATION AND
                                         )  ORDER TO EXTEND TIME
13       vs.                             )
                                         )
14 COMMISSIONER OF SOCIAL SECURITY,      )
                                         )
15              Defendant                )

16

17      IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the

18 Court, to extend the time for plaintiff to serve plaintiff's letter brief to February 15, 2020.

19      The parties further stipulate that the Court's Scheduling Order shall be modified

20 accordingly.

21 ///

22 ///

23 ///

24 ///

25

-1-

The administrative transcript was filed on October 15, 2019. Plaintiff counsel's office inadvertently missed the email and did not calendar the date for service of the letter brief. This error was discovered on January 15, 2020. Plaintiff counsel apologizes for the delay and inconvenience to the court caused by this error.

Therefore, plaintiff counsel requests additional time to review the file and prepare the letter brief. Per Defendant counsel's email on January 15, 2020, defendant has no objection.

Dated: January 15, 2020  Respectfully submitted,

By: */s/ Sharon E. Kelly*
SHARON E. KELLY
Attorney for Plaintiff

Dated: January 15, 2020  MCGREGOR W. SCOTT
United States Attorney
JEFFREY L. LODGE
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Asim Modi*
(As authorized via email)
ASIM MODI
Special Assistant United States Attorney
Attorney for Defendant

## ORDER

The Scheduling Order may be modified only for good cause and with the Court's consent. Fed. R. Civ. P. 16(b)(4). A calendaring error is generally not considered good cause. *See Sprague v. Fin. Credit Network, Inc.,* 2018 WL 4616688, at *3-4 (E.D. Cal. Sept. 25, 2018). Moreover, requests for Court-approved extensions brought on or after the applicable deadline are looked upon with disfavor. Local Rule 144(d). Nonetheless, based upon the parties' consent to extension, and in the interest of justice, the Court finds that a limited continuance as requested is warranted and no prejudice will result.

Accordingly, IT IS HEREBY ORDERED, that that the deadline for Plaintiff to file a letter brief is extended to February 15, 2020. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **January 16, 2020**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE