1

2

3

4

5                      UNITED STATES DISTRICT COURT

6                      EASTERN DISTRICT OF CALIFORNIA

7

8    SCOTT DUCEY,                        )
                                         )  Case No.:  1:19-cv-00792-BAM
9              Plaintiff,                )
                                         )  ORDER GRANTING MOTION FOR
10       vs.                             )  EXTENSION OF TIME TO SERVE
                                         )  PLAINTIFF'S LETTER BRIEF
11   ANDREW SAUL, COMMISSIONER OF        )
     SOCIAL SECURITY,                    )  (Doc. 13)
12                                       )
                                         )
13             Defendant.                )
                                         )

14                                  **ORDER**

15         On February 18, 2020, Plaintiff Scott Ducey filed the instant motion for an extension of

16   time to serve his confidential letter brief.  (Doc. 13.)  Based on previous extension of time, the

17   deadline for Plaintiff to serve his confidential letter brief was February 15, 2020.   Plaintiff now

18   seeks a second extension of time to February 28, 2020.  Plaintiff explains that the second

19   extension of time is necessary because his counsel became ill on February 15, 2020, and is

20   expected to be out of the office until February 21, 2020.  Defendant reportedly has no objection

21   to the request.  (*Id.*)

22

23         Having considered the unopposed motion, and good cause appearing, IT IS HEREBY

24   ORDERED that Plaintiff's motion for an extension of time to serve his confidential letter brief is

25

GRANTED.  Plaintiff shall serve his letter brief on or before February 28, 2020.  All other

deadlines shall be extended accordingly.


IT IS SO ORDERED.

Dated:    **February 21, 2020**          /s/ *Barbara A. McAuliffe*          _
                                         UNITED STATES MAGISTRATE JUDGE