1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| SCOTT DUCEY, JR., | No. 1:19-cv-00792-NONE-BAM |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S SOCIAL SECURITY COMPLAINT |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | (Doc. No. 19) |

18        Plaintiff Scott Ducey, Jr. filed this action seeking judicial review of a final decision of the

19  Commissioner of Social Security[1] ("Commissioner") denying his application for supplemental

20  security income ("SSI") under Title XVI of the Social Security Act.  The matter was referred to a

21  United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22        On September 2, 2020, the assigned magistrate judge filed findings and recommendations

23  recommending that plaintiff's appeal from the Commissioner's administrative decision be denied.

24  (Doc. No. 19.)  The findings and recommendations were served on the parties and contained

25  notice that any objections to the findings and recommendations were to be filed within fourteen

26

27  [1]  Andrew M. Saul is now the Commissioner of Social Security.  Pursuant to Rule 25(d) of the
    Federal Rules of Civil Procedure, Andrew M. Saul is substituted for Acting Commissioner Nancy
28  A. Berryhill as the defendant in this suit.

1

(14) days from the date of service.  The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 2, 2020 (Doc. No. 19), are ADOPTED IN FULL;

2. Plaintiff's appeal from the administrative decision of the Commissioner of Social Security is DENIED and the Clerk of this Court is DIRECTED to enter judgment in favor of Defendant Andrew M. Saul, Commissioner of Social Security, and against Plaintiff Scott Ducey, Jr.; and

3. The Clerk of this Court is further directed to assign a district judge to this matter for the purposes of closure and to close this case.

IT IS SO ORDERED.

Dated:   __**September 21, 2020**__          _____
                                             UNITED STATES DISTRICT JUDGE